479 A.2d 1116

Farraday, Appellant, v. Nationwide Mutual Ins. Co.

Submitted June 26, 1984. Eugene F. Jarrell, III, for appellant; Edward J. Carney, Jr., for appellee.

Before OLSZEWSKI, POPOVICH and CERCONE, JJ.

Order affirmed.